Matter of Attorneys in Violation of Judiciary Law § 468-a (Lan)

2026 NY Slip Op 03049

May 14, 2026

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Attorneys in Violation of Judiciary Law § 468-a. Attorney Grievance Committee for the Third Judicial Department, Petitioner; Yan Lan, Respondent. (Attorney Registration No. 5285044.)

Decided and Entered:May 14, 2026

PM-104-26

Calendar Date: April 27, 2026

Before: Garry, J.P., Clark, Pritzker, Reynolds Fitzgerald And Ryba, JJ., Concur.

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Yan Lan, Shanghai, China, respondent pro se.

[*1]

Motion by respondent for an order reinstating them to the practice of law following their suspension by September 2024 order of this Court (Matter of Attorneys in Violation of Judiciary Law § 468-a, 230 AD3d 1498, 1511 [3d Dept 2024]; see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.16; Rules of App Div, 3d Dept [22 NYCRR] § 806.16).

Upon reading respondent's notice of motion and affidavit with exhibits sworn to March 19, 2026 and the April 22, 2026 responsive correspondence from the Attorney Grievance Committee for the Third Judicial Department, and having determined, by clear and convincing evidence, that (1) respondent has complied with the order of suspension and the rules of this Court, (2) respondent has the requisite character and fitness to practice law, and (3) it would be in the public interest to reinstate respondent to the practice of law (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.16 [a]), it is

ORDERED that respondent's motion for reinstatement is granted; and it is further

ORDERED that respondent is reinstated as an attorney and counselor-at-law, effective immediately.

Garry, J.P., Clark, Pritzker, Reynolds Fitzgerald and Ryba, JJ., concur.